THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.

 Mark Urban, Appellant.
 
 
 

Appeal From Horry County
William H. Seals, Jr., Circuit Court Judge

Unpublished Opinion No. 2012-UP-215
Submitted March 1, 2012  Filed March 28,
 2012   

APPEAL DISMISSED

 
 
 
Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Mark
 Urban appeals his probation revocation, arguing the circuit court erred in
 revoking probation when the arrest warrant failed to contain the preliminary
 hearing date.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1] 
APPEAL DISMISSED.  
WILLIAMS,
 THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.